**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000441**
**28-DEC-2011**
**08:08 AM**

NO. CAAP-11-0000441

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ERIC H. STAUB, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-10-060080)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on May 31, 2011, Defendant-Appellant Eric H. Staub (Appellant) filed a notice of appeal; (2) the record on appeal was filed on August 1, 2011, and the appellate clerk informed Appellant that the jurisdictional statement was due on August 11, 2011 and the opening brief was due on September 12, 2011; (3) Appellant did not file either document; (4) on November 4, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file

the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on November 14, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, December 28, 2011.


Chief Judge


Associate Judge


Associate Judge